## STATE OF CONNECTICUT *v.* MICHAEL CONSTANTOPOLOUS

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 879 (AC 20815), is denied.

*Michael Constantopolous*, pro se, in support of the petition.

*Gerard P. Eisenman*, senior assistant state's attorney, in opposition.

Decided May 29, 2002

## STATE OF CONNECTICUT *v.* LARRY MCCOWN

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 815 (AC 21578), is denied.

*Neal Cone*, senior assistant public defender, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided May 29, 2002

## STATE OF CONNECTICUT *v.* THEODORE BAPTISTE

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 910 (AC 21798), is denied.